**Order entered February 18, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-14-00447-CR
No. 05-14-00448-CR
No. 05-14-00449-CR
No. 05-14-00450-CR
No. 05-14-00451-CR

**CHASON ODEN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F10-73045-U, F10-63919-U,**
**F10-63918-U, F10-63917-U, F08-73489-U**

## ORDER

The Court **REINSTATES** the appeals.

On January 12, 2015, we ordered the trial court to make findings regarding why appellant's brief has not been filed. We **ADOPT** the findings that: (1) appellant desires to pursue the appeals; (2) appellant is indigent and is represented by court-appointed counsel Nanette Hendrickson; (3) Ms. Hendrickson's explanation for the delay in filing appellant's brief is her workload; and (4) Ms. Hendrickson requested thirty days from the February 9, 2015 findings to file appellant's brief.

We **ORDER** appellant to file his brief by **MARCH 13, 2015**.  We note that the appellant's brief was originally due October 31, 2014, appellant has been granted one thirty-day extension of time to file the brief, and the brief is now more than two months overdue. Therefore, no further extensions will be granted.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to counsel for all parties.

/s/     LANA MYERS
        JUSTICE